An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY COUGHLIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62821

**FILED**

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order granting an extension of time and striking defendant's motions. Second Judicial District Court, Washoe County; Steven P. Elliott, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from the aforementioned order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Second Judicial District Court Dept. 10
Zachary B. Coughlin
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10918